## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No: SA CV 21-00840-DOC-(ADSx)                Date: December 15, 2022

Title:  SpinTouch, Inc. v. Outform, Inc. et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Karlen Dubon                          Not Present
Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR                 ATTORNEYS PRESENT FOR
PLAINTIFF:                            DEFENDANT:
None Present                          None Present

## PROCEEDINGS:  (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE

The Court, having been notified by the plaintiff that this action has been settled [145], hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for 30 days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.